**FEDERAL PUBLIC DEFENDER**
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102

| | |
|---|---:|
| **Jason J. Tupman** | Telephone: (701) 239-5111 |
| Federal Public Defender | Fax: (701) 239-5098 |

June 24, 2025

Clerk of U.S. District Court
Quentin N. Burdick U.S. Courthouse
655 – 1st Avenue North, Suite 130
Fargo, ND 58102

Re:   *U.S.A. v. Rodrigo Sandoval-Baltazar*
       Cr. No. 1:25-cr-132

Dear Clerk of U.S. District Court:

Our client wishes to plead guilty to Reentry of Deported Alien, in violation of 8 U.S.C. § 1326(a) and be sentenced. There is no plea agreement.

Please schedule a hearing for entry of a plea and sentencing at the earliest available time.

                                                                                                                               Sincerely,

                                                                                                                               JASON J. TUPMAN
                                                                                                                               Federal Public Defender
                                                                                                                               By:

                                                                                                           */s/ Christopher P. Bellmore*
                                                                                                           Assistant Federal Public Defender

CPB/gb
cc:   Mr. Alexander Stock